| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Christopher J. Hamner, Esq. (SBN 197117)<br>Evelina M. Serafini, Esq. (SBN 187137)<br>HAMNER LAW OFFICES, APLC<br>26565 West Agoura Road, Suite 200<br>Calabasas, California 91302<br>Telephone: (888) 416-6654<br>chamner@hamnerlaw.com<br>eserafini@hamnerlaw.com<br>ATTORNEY(S) FOR: Plaintiff Neal Barber | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL BARBER<br><br>Plaintiff(s),<br>v.<br>MULTI MEDIA, LLC d/b/a CHATTRUBATE, and BAYSIDE SUPPORT SERVICES LLC<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-01602<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Neal Barber
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff | Plaintiff and real party in interest |
| None | None other |

July 22, 2025
Date

/s/ Christopher J. Hamner, Esq.
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Neal Barber