WAYMAKER LLP
Jaime W. Marquart (Bar No. 200344)
  jmarquart@waymakerlaw.com
Donald R. Pepperman (Bar No. 109809)
  dpepperman@waymakerlaw.com
Sam S. Meehan (Bar No. 307934)
  smeehan@waymakerlaw.com
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendants Bayside Support Services LLC and Multi Media LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NEAL BARBER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MULTI MEDIA, LLC d/b/a CHATTRUBATE, a California limited liability company, BAYSIDE SUPPORT SERVICES LLC, a Florida limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01602-JWH-ADS<br><br>**DEFENDANTS BAYSIDE SUPPORT SERVICES LLC AND MULTI MEDIA LLC'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>Judge: Hon. John W. Holcomb<br><br>Courtroom: 9D |

**TO THE COURT, PLAINTIFF, AND HIS COUNSEL OF RECORD:**

Please take notice that the Motion to Dismiss (the "Motion") filed by Defendants Multi Media, LLC and Bayside Support Services LLC (together "Defendants"), filed on November 3, 2025 (Dkt. 19), is hereby withdrawn. Defendants withdraw the Motion on the basis that Plaintiff Neal Barber filed his First Amended Complaint on November 20, 2025, rendering the Motion moot. *See* Dkt. 22. Pursuant to Section II.D of the Court's Civil Trial Scheduling Order, Defendants now file this Notice of Withdrawal.

DATED: November 24, 2025          WAYMAKER LLP

By: */s/ Donald R. Pepperman*
JAIME W. MARQUART
DONALD R. PEPPERMAN
SAM S. MEEHAN

*Attorneys for Defendants Bayside Support Services LLC and Multi Media LLC*