1  Christopher J. Hamner, Esq. (SBN 197117)
2  Evelina M. Serafini, Esq. (SBN 187137)
3  **HAMNER LAW OFFICES, APLC**
   26565 West Agoura Road, Suite 200
4  Calabasas, California 91302
5  Telephone: (888) 416-6654
   chamner@hamnerlaw.com
6  eserafini@hamnerlaw.com

7
   Attorneys for Plaintiff and the Proposed Class
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  NEAL BARBER, an individual      Case No.:  8:25-cv-01602-JWH-ADS

14              Plaintiff
                                    **DECLARATION OF CHRISTOPHER J.**
15                                  **HAMNER IN RESPOSNE TO ORDER**
                                    **TO SHOW CAUSE (ECF no. 23)**
16  v.

17
    MULTI MEDIA, LLC d/b/a
18  CHATRUBATE, a California
    limited liability company, BAYSIDE
19  SUPPORT SERVICES LLC, a
    Florida limited liability company,
20  and DOES 1 through 5, inclusive
21
                Defendants
22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF CHRISTOPHER J. HAMNER

I, Christopher J. Hamner, declare:

1.  I am lead counsel for Plaintiff in this action. This declaration is submitted in response to the Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiffs' and Defendant's Counsel for Failure to File a Rule 26(f) Report, which the court issued on November 24, 2025. (ECF no. 23.)

2.  The deadline for filing the Joint Rule 26(f) Report was inadvertently miscalendared by my office. I take responsibility for this inadvertence.

3.  The Joint 26(f) Report was filed later in the day on November 24, 2025. (ECF no. 24.)

4.  I apologize to the court for the late filing, and I will make every effort to ensure it does not happen again.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  November 30, 2025          **HAMNER LAW OFFICES, APLC**

                                   /s/ Chris Hamner

                                   _____
                                   By: Christopher J. Hamner, Esq.
                                   Attorneys for Plaintiff and the proposed class

2

**DECLARATION OF CHRISTOPHER J. HAMNER IN RESPONSE TO OSC**