Christopher J. Hamner, Esq. (SBN 197117)
Evelina M. Serafini, Esq. (SBN 187137)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com
eserafini@hamnerlaw.com

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL BARBER, an individual<br><br>Plaintiff<br><br>v.<br><br>MULTI MEDIA, LLC d/b/a CHATTRUBATE, a California limited liability company, BAYSIDE SUPPORT SERVICES LLC, a Florida limited liability company, and DOES 1 through 5, inclusive<br><br>Defendants | Case No.: 8:25-cv-01602-JWH-ADS<br><br>**NOTICE OF ERRATA RE PLAINTIFF'S MOTION FOR VOLUNARY DISMISSAL WITHOUT PREJUDICE** |

1

# NOTICE OF ERRATA

Plaintiff Neal Barber hereby submits this Notice of Errata regarding the Motion for Approval of Voluntary Dismissal Under Rule 23(e) filed on December 2, 2025.

Due to a clerical error, the Notice of Motion incorrectly listed the hearing date as:

> "January 9, 2025 at 9:00 a.m..."

The correct hearing date is:

> "January 9, 2026 at 9:00 a.m..."

No other portion of the filing is affected by this correction.

Dated: December 2, 2025

**HAMNER LAW OFFICES, APLC**

By: _____
Christopher J. Hamner
Attorney for Plaintiff
Neal Barber

Notice of Errata